B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Maryland

In re  **Richard Borschuk**
      **Linda Borschuk**
                                    Debtor(s)

Case No. _____
Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** -NONE- | **Describe Property Securing Debt:** |
| Property will be (check one):  ☐ Surrendered   ☐ Retained  If retaining the property, I intend to (check at least one):  ☐ Redeem the property  ☐ Reaffirm the debt  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).  Property is (check one):  ☐ Claimed as Exempt   ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ YES     ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **January 28, 2010**        Signature  **/s/ Richard Borschuk**
                                              **Richard Borschuk**
                                              Debtor

Date  **January 28, 2010**        Signature  **/s/ Linda Borschuk**
                                              **Linda Borschuk**
                                              Joint Debtor