B6B (Official Form 6B) (12/07)

In re **Richard Borschuk,** Case No. **10-11877**
**Linda Borschuk**
, 
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | J | 200.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Joint checking account at Wachovia Bank, Potomac** | J | 1,642.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Pepco - Security deposit for business at 202 Perry Parkway, Gaithersburg** | C | 4,500.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Living room furniture** | J | 350.00 |
| | | | **Dining Room Set** | J | 500.00 |
| | | | **Family Room Furniture** | J | 500.00 |
| | | | **Bedroom 1, 2, 3** | J | 500.00 |
| | | | **Office furniture** | J | 200.00 |
| | | | **Electronics** | J | 1,000.00 |
| | | | **Kitchen furniture and utensils** | J | 500.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Art** | J | 1,000.00 |
| | | | **Art** | J | 700.00 |
| | | | **Records/CDs/DVDs** | J | 1,000.00 |
| 6. | Wearing apparel. | | **Wife and husband - dress and casual clothing** | J | 1,000.00 |
| 7. | Furs and jewelry. | | **Jewelry** | J | 1,000.00 |
| | | | **Watches, earrings, rings, necklaces, etc.** | J | 2,500.00 |

Sub-Total >   **17,092.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Richard Borschuk,**
**Linda Borschuk**
_____,
Debtors

Case No. **10-11877**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **1994 Taylor made gold clubs** | **J** | **50.00** |
| | | | **1 Sony camcorder 2001** | **J** | **75.00** |
| | | | **1 Panasonic camera 2004** | **J** | **50.00** |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Linda - Guardian policy** | **W** | **87,000.00** |
| | | | **Linda - debtor's life policy** | **W** | **12,000.00** |
| | | | **Linda - Transamerica policy on son** | **W** | **37,000.00** |
| | | | **Linda - Northwestern policies kids** | **W** | **10,000.00** |
| | | | **Richard - NYLife policies** | **H** | **8,500.00** |
| 10. | Annuities. Itemize and name each issuer. | **X** | | | |
| 11. | Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | **X** | | | |
| 12. | Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | **X** | | | |
| 13. | Stock and interests in incorporated and unincorporated businesses. Itemize. | **X** | | | |
| 14. | Interests in partnerships or joint ventures. Itemize. | | **Maryland Lithotripsy, LLC** | **J** | **1,000.00** |
| 15. | Government and corporate bonds and other negotiable and nonnegotiable instruments. | **X** | | | |
| 16. | Accounts receivable. | | **DirectBuy Membership** | **C** | **1,200,000.00** |
| | | | **Directbuy Handling fees** | **C** | **160.00** |
| | | | **DirectBuy - _____ Fees** | **C** | **350,000.00** |

Sub-Total >    **1,705,835.00**
(Total of this page)

Sheet __**1**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Richard Borschuk,** Case No. **10-11877**
**Linda Borschuk**
,
Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Honda Rebel 250cc motorcycle | H | 250.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >    **250.00**
(Total of this page)

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Richard Borschuk,** Case No. **10-11877**
　　　**Linda Borschuk**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

　　　　　　　　　　　　　　　　　　　　　　　　　Sub-Total >　　　　　　0.00
　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)
　　　　　　　　　　　　　　　　　　　　　　　　　Total >　　　　1,723,177.00
Sheet **3** of **3** continuation sheets attached
to the Schedule of Personal Property
　　　　　　　　　　　　　　　　　　　　　　　(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

In re   **Richard Borschuk,**
         **Linda Borschuk**                                         ,   Case No.   **10-11877**
                                                            Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on hand | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f) | 200.00 | 200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Joint checking account at Wachovia Bank, Potomac | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 1,642.00 | 1,642.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Pepco - Security deposit for business at 202 Perry Parkway, Gaithersburg | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 4,500.00 | 4,500.00 |
| **Household Goods and Furnishings** | | | |
| Living room furniture | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | 350.00 | 350.00 |
| **Dining Room Set** | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | 500.00 | 500.00 |
| **Family Room Furniture** | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | 500.00 | 500.00 |
| **Bedroom 1, 2, 3** | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | 500.00 | 500.00 |
| **Office furniture** | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | 150.00 | 200.00 |
| **Electronics** | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 1,000.00 | 1,000.00 |
| **Kitchen furniture and utensils** | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 500.00 | 500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Art | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 1,000.00 | 1,000.00 |
| Art | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 700.00 | 700.00 |
| Records/CDs/DVDs | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 1,000.00 | 1,000.00 |
| **Wearing Apparel** | | | |
| Wife and husband - dress and casual clothing | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 658.00 | 1,000.00 |
| | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f) | 342.00 | |

___**1**___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (12/07) -- Cont.

In re   **Richard Borschuk,**
        **Linda Borschuk**
                                                                          Case No.   __**10-11877**__
                                                      ,
                                         Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Furs and Jewelry** | | | |
| Jewelry | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | 1,000.00 | 1,000.00 |
| Watches, earrings, rings, necklaces, etc. | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f) | 2,500.00 | 2,500.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 1994 Taylor made gold clubs | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f) | 50.00 | 50.00 |
| 1 Sony camcorder 2001 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f) | 75.00 | 75.00 |
| 1 Panasonic camera 2004 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f) | 50.00 | 50.00 |
| **Interests in Insurance Policies** | | | |
| Linda - Guardian policy | Md. Code Ann., Ins. § 16-111(a) | 87,000.00 | 87,000.00 |
| Linda - debtor's life policy | Md. Code Ann., Ins. § 16-111(a) | 12,000.00 | 12,000.00 |
| Linda - Transamerica policy on son | Md. Code Ann., Ins. § 16-111(a) | 37,000.00 | 37,000.00 |
| Linda - Northwestern policies kids | Md. Code Ann., Ins. § 16-111(a) | 10,000.00 | 10,000.00 |
| Richard - NYLife policies | Md. Code Ann., Ins. § 16-111(a) | 8,500.00 | 8,500.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2002 Honda Rebel 250cc motorcycle | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f) | 250.00 | 250.00 |
| | Total: | 171,967.00 | 172,017.00 |

Sheet __**1**__ of __**1**__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                       Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maryland

In re **Richard Borschuk**
**Linda Borschuk**
Debtor(s)

Case No. **10-11877**
Chapter **7**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __6__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **January 28, 2010**   Signature **/s/ Richard Borschuk**
**Richard Borschuk**
Debtor

Date **January 28, 2010**   Signature **/s/ Linda Borschuk**
**Linda Borschuk**
Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.