IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(at Greenbelt)

|  |  |  |
|---|---|---|
| IN RE: | * |  |
|  | * | Case No. 10-11877 |
| RICHARD BORSCHUK |  |  |
| and | * |  |
| LINDA BORSCHUK |  |  |
|  | * | (Chapter 7) |
| Debtors |  |  |
|  | * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \*

<u>NOTICE OF APPEARANCE OF COUNSEL
AND REQUEST FOR NOTICE</u>

Shannon B. Kreshtool, Esquire, hereby enters her appearance as counsel of record for PNC BANK, N.A., in the above-referenced case. Pursuant to Bankruptcy Rules 2002 and 9007, it is hereby requested that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the office address and e-mail set forth below:

Shannon B. Kreshtool, Esquire
Weinstock, Friedman & Friedman, P.A.
4 Reservoir Circle
Baltimore, MD 21208
(410) 559-9000
sbk@weinstocklegal.com

The foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, notices and copies of any applications, motions, petitions, pleadings, and complaints filed in the above case which affect the Debtor, property of the Debtor and the estate.

WEINSTOCK, FRIEDMAN &
FRIEDMAN, P.A.
EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7301

410-559-9000
FAX: 410-559-9009

Dated:       March 2, 2010          /s/Shannon B. Kreshtool
                                        Shannon B. Kreshtool
                                        Federal Bar #25867
                                        Weinstock, Friedman & Friedman, P.A.
                                        4 Reservoir Circle
                                        Baltimore, MD 21208
                                        (410) 559-9000

                                        Counsel for PNC Bank, N.A.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 2nd day of March, 2010, a copy of the foregoing Notice of Appearance of Counsel and Request for Notice, was sent via ECF or by first-class mail, postage prepaid, to the following:

Richard Borschuk
Linda Borschuk
11601 Gowrie Court
Potomac, MD 20854

Jonathan Silverman, Esq.
4704 Hollywood Road
College Park, MD 20740

Michael Wolff, Esq.
15245 Shady Grove Road, #465
Rockville, MD 20850

                                                                   /s/ Shannon B. Kreshtool

WEINSTOCK, FRIEDMAN &
FRIEDMAN, P.A.
EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7301

410-559-9000
FAX: 410-559-9009